# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE:

**GLEN CUTTER JEWELERS, INC.**  Case No. 11-10

### AFFIDAVIT OF STEPHEN BOUDREAU

STATE OF NEW MEXICO )
)ss
COUNTY OF DONA ANA )

Affiant, being first duly sworn according to law, deposes and states as follows:

1. I am the President of Glen Cutter Jewelers, Inc. at the time it filed for chapter 11 bankruptcy relief.

2. I have signed the NM Form 501-11 which is the required signature page required in the District of New Mexico.

3. I have attached the 2009 Corporate tax return as well as the most recent Profit and Loss Statement, Statement of Operation and Cash Flow Statement for the corporation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Stephen Boudreau

SUBSCRIBED AND SWORN TO before me this 15th day of September, 2010.

_____

My Commission expires: 6/30/14

1

# Boudreau Glenn Cutter Jewelers
# Balance Sheet
### As of September 15, 2010

|  | Sep 15, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo Savings | 300.00 |
| Wells Fargo Blue | 10,794.73 |
| Cash on Hand | 500.00 |
| **Total Checking/Savings** | 11,594.73 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 14,026.02 |
| **Total Accounts Receivable** | 14,026.02 |
| | |
| **Other Current Assets** | |
| Inventory- jewelry | 225,811.32 |
| Inventory - other | 11,475.57 |
| **Total Other Current Assets** | 237,286.89 |
| | |
| **Total Current Assets** | 262,907.64 |
| | |
| **Fixed Assets** | |
| Equipment | 51,765.99 |
| A/D equipment | -51,765.99 |
| Leasehold Improvements | 29,453.18 |
| A/D leasehold improvements | -15,217.63 |
| Furniture & Equipment | 57,772.48 |
| A/D furniture & fixtures | -54,404.49 |
| Software | 1,800.00 |
| A/A - software | -1,800.00 |
| **Total Fixed Assets** | 17,603.84 |
| | |
| **Other Assets** | |
| Deposits - rent | 750.00 |
| Deposits - utilities | 1,110.03 |
| **Total Other Assets** | 1,860.03 |
| | |
| **TOTAL ASSETS** | 282,371.51 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -229.56 |
| **Total Accounts Payable** | -229.56 |
| | |
| **Credit Cards** | |
| Mastercard | 24,012.89 |
| Visa | 1,204.14 |
| **Total Credit Cards** | 25,217.03 |
| | |
| **Other Current Liabilities** | |

# Boudreau Glenn Cutter Jewelers
## Balance Sheet
### As of September 15, 2010

|  | Sep 15, 10 |
|---|---|
| Consignment goods sold Payable | 64,984.23 |
| Retirment plan payable | 5,367.11 |
| Note Payable Bank of the West | 77,399.96 |
| Note Payable Cutter Trust 125 | 26,608.42 |
| Note Payable Cutter Trust 97 | 68,421.03 |
| Payroll Liabilities | 10,104.21 |
| Sales Tax Payable | 8,809.18 |
| **Total Other Current Liabilities** | 261,694.14 |
|  |  |
| **Total Current Liabilities** | 286,681.61 |
|  |  |
| **Long Term Liabilities** |  |
| Note payable Fristoe & Co | 76,849.53 |
| Note Payable - McGrath Trust | 57,792.71 |
| Note Payable Michelle Boudreau | -2,250.00 |
| **Total Long Term Liabilities** | 132,392.24 |
|  |  |
| **Total Liabilities** | 419,073.85 |
|  |  |
| **Equity** |  |
| Treasury Stock | -552,513.00 |
| Paid in Capital | 100,752.22 |
| Common Stock | 1,056.00 |
| Retained Earnings | 312,772.73 |
| Net Income | 1,229.71 |
| **Total Equity** | -136,702.34 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 282,371.51 |

# Boudreau Glenn Cutter Jewelers
## Profit & Loss
### August 2010

|  | Aug 10 | % of Income |
|---|---:|---:|
| **Income** | | |
|   Gift Sales | 618.65 | 0.96% |
|   Jewelry Sales | 49,205.00 | 75.99% |
|   Service Revenue | 14,929.32 | 23.06% |
| **Total Income** | 64,752.97 | 100.0% |
| | | |
| **Cost of Goods Sold** | | |
|   Consignment settlement | 19,074.63 | 29.46% |
|   Purchases Jewelry | 4,563.71 | 7.05% |
|   Purchases Gifts | 694.71 | 1.07% |
| **Total COGS** | 24,333.05 | 37.58% |
| | | |
| **Gross Profit** | 40,419.92 | 62.42% |
| | | |
| **Expense** | | |
|   Legal Fees | 120.47 | 0.19% |
|   Advertising print | 632.87 | 0.98% |
|   Advertising radio | 500.00 | 0.77% |
|   Bank and Credit Card Fees | 223.01 | 0.34% |
|   Business Meals | 84.44 | 0.13% |
|   Credit Card Proc. Fees | 476.01 | 0.74% |
|   Insurance | 1,850.13 | 2.86% |
|   Insurance - Health | 269.00 | 0.42% |
|   Outside repair services | 3,365.00 | 5.2% |
|   Payroll Expenses | 13,410.63 | 20.71% |
|   Rent | 1,200.00 | 1.85% |
|   Security | 32.21 | 0.05% |
|   Shipping | 136.74 | 0.21% |
|   Supplies | 1,277.15 | 1.97% |
|   Telephone | 477.23 | 0.74% |
|   Utilities | 722.14 | 1.12% |
| **Total Expense** | 24,777.03 | 38.26% |
| | | |
| **Net Income** | 15,642.89 | 24.16% |

# Boudreau Glenn Cutter Jewelers
## Statement of Cash Flows
August 2010

|  | Aug 10 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 19,135.52 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
|     Accounts Payable | -3,492.63 |
|     Mastercard | -717.63 |
|     Note Payable Bank of the West | -2,262.42 |
|     Payroll Liabilities | -485.32 |
|     Sales Tax Payable | -1,545.42 |
| Net cash provided by Operating Activities | 10,632.10 |
| | |
| **FINANCING ACTIVITIES** | |
|     Note Payable Michelle Boudreau | -750.00 |
| Net cash provided by Financing Activities | -750.00 |
| | |
| Net cash increase for period | 9,882.10 |
| | |
| Cash at beginning of period | 16,997.25 |
| Cash at end of period | **26,879.35** |

Case 10-14704-j11    Doc 6    Filed 09/16/10    Entered 09/16/10 12:08:53 Page 5 of 20

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120**, Department of the Treasury, Internal Revenue Service
**U.S. Corporation Income Tax Return**
For calendar year 2009 or tax year beginning **July 1, 2009**, ending **June 30, 2010**
OMB No. 1545-0123 — **2009**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

Use IRS label. Otherwise, print or type.

**Name:** GLENN CUTTER JEWELERS INC
**Number, street, and room or suite no.:** 2001 EAST LOHMAN SUITE 125
**City or town, state, and ZIP code:** LAS CRUCES, NM 88001

**B Employer identification number:** [redacted]
**C Date incorporated:** 09/03/1974
**D Total assets (see instructions):** $ 287,000.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 581,409. |
| 1b | Less returns and allowances | |
| 1c | Bal | 581,409. |
| 2 | Cost of goods sold (Schedule A, line 8) | 329,707. |
| 3 | Gross profit. Subtract line 2 from line 1c | 251,702. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (attach schedule) | |
| 11 | **Total income.** Add lines 3 through 10 | 251,702. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 60,087. |
| 13 | Salaries and wages (less employment credits) | 76,434. |
| 14 | Repairs and maintenance | |
| 15 | Bad debts | |
| 16 | Rents | 14,400. |
| 17 | Taxes and licenses | 67. |
| 18 | Interest | 8,417. |
| 19 | Charitable contributions  See Statement 1 | 0. |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 4,350. |
| 21 | Depletion | |
| 22 | Advertising | 23,530. |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule)  See Statement 2 | 87,429. |
| 27 | **Total deductions.** Add lines 12 through 26 | 274,714. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -23,012. |
| 29a | Less: a Net operating loss deduction  Statement 3 | 0. |
| 29b | b Special deductions (Schedule C, line 20) | |
| 29c | | |
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | -23,012. |

## Tax, Refundable Credits, and Payments

| Line | Description | Amount |
|---|---|---|
| 31 | Total tax (Schedule J, line 10) | 0. |
| 32a | 2008 overpayment credited to 2009 | |
| 32b | 2009 estimated tax payments | |
| 32c | 2009 refund applied for on Form 4466 | |
| 32d | Bal | |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credits: (1) Form 2439 (2) Form 4136 | |
| 32g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | |
| 32h | | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | |
| 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 0. |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2010 estimated tax / Refunded | |

**Sign Here** — Title: PRESIDENT
May the IRS discuss this return with the preparer shown below? **X** Yes ☐ No

**Paid Preparer's Use Only**
Firm's name: Lisa J O Willman CPA
1744 S Triviz Dr
Las Cruces, NM 88001
Check if self-employed: X
Phone no.: (575) 522-3882

COPY

911801 12-17-09   JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.   1   Form 1120 (2009)

Form 1120 (2009)  GLENN CUTTER JEWELERS INC    Page 2

## Schedule A  Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 350294. |
| 2 | Purchases | 170107. |
| 3 | Cost of labor | 46593. |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 566994. |
| 7 | Inventory at end of year | 237287. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 329707. |

9 a  Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶
 b  Check if there was a writedown of subnormal goods ▶ ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO   9d
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?   ☐ Yes  ☒ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
    If "Yes," attach explanation   ☐ Yes  ☒ No

## Schedule C  Dividends and Special Deductions (see instructions)

| | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|
| 1  Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2  Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3  Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4  Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5  Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6  Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7  Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8  Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9  **Total.** Add lines 1 through 8 | | | |
| 10 Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 Dividends from affiliated group members | | 100 | |
| 12 Dividends from certain FSCs | | 100 | |
| 13 Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 Foreign dividend gross-up | | | |
| 16 IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 Other dividends | | | |
| 18 Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E  Compensation of Officers
(see instructions for page 1, line 12)
Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 STEVE V. BOUDREAU | | 100% | | | 60087. |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 Total compensation of officers | | | | | 60087. |
| 3 Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | 60087. |

| Schedule J | Tax Computation (see instructions) | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) ..... 5a | | |
| b | Credit from Form 8834, line 29 ..... 5b | | |
| c | General business credit (attach Form 3800) ..... 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) ..... 5d | | |
| e | Bond credits from Form 8912 ..... 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | 9 | |
| 10 | **Total tax.** Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 0. |

**Schedule K | Other Information** (see instructions)

1 Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ _____     Yes  No

2 See the instructions and enter the:
 a Business activity code no. ▶ **448310**
 b Business activity ▶ **RETAIL**
 c Product or service ▶ **JEWELRY**

3 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ..... X (No)
 If "Yes," enter name and EIN of the parent corporation ▶ _____

4 At the end of the tax year:
 a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ..... X (No)
 b Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ..... X (No)

5 At the end of the tax year, did the corporation:     Yes  No
 a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ..... X (No)
 If "Yes," complete (i) through (iv).

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JWA    Form **1120** (2009)

911621 12-17-09   Case 10-14704-j11   Doc 6   Filed 09/16/10   Entered 09/16/10 12:08:53 Page 8 of 20

| Schedule K | Continued |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............... | | X

If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ..................................... | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? ........................... | X

For rules of attribution, see section 318. If "Yes," enter:

  **(i)** Percentage owned ▶ _____ and **(ii)** Owner's country ▶ _____

  **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8  Check this box if the corporation issued publicly offered debt instruments with original issue discount ............................... ▶ ☐

  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

9  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10  Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ......................... ▶ ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12  Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $   100112.

13  Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? ......................................................................................................... | X

  If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

JWA                                                                                                                                          Form **1120** (2009)

Form 1120 (2009) GLENN CUTTER JEWELERS INC  Page 5

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1  Cash | | 5642. | | 19338. |
| 2a Trade notes and accounts receivable | 14026. | | 15262. | |
| b Less allowance for bad debts | ( ) | 14026. | ( ) | 15262. |
| 3  Inventories | | 350294. | | 237287. |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities | | | | |
| 6  Other current assets (att. sch.) Stmt 4 | | 1338. | | |
| 7  Loans to shareholders | | 28912. | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (att. sch.) | | | | |
| 10a Buildings and other depreciable assets | 138991. | | 138991. | |
| b Less accumulated depreciation | ( 121388.) | 17603. | ( 125738.) | 13253. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 1800. | | 1800. | |
| b Less accumulated amortization | ( 1800.) | | ( 1800.) | |
| 14  Other assets (att. sch.) Stmt 5 | | 22715. | | 1860. |
| 15  Total assets | | 440530. | | 287000. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | 294135. | | 143162. |
| 17  Mortgages, notes, bonds payable in less than 1 year | | 73664. | | |
| 18  Other current liabilities (att. sch.) Stmt 6 | | 74160. | | 21008. |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | 298890. | | 315813. |
| 21  Other liabilities (att. sch.) | | | | |
| 22  Capital stock: a Preferred stock | | | | |
|      b Common stock | 1056. | 1056. | 1056. | 1056. |
| 23  Additional paid-in capital | | 100854. | | 231760. |
| 24  Retained earnings - Appropriated (attach schedule) | | | | |
| 25  Retained earnings - Unappropriated | | 150284. | | 126714. |
| 26  Adjustments to shareholders' equity (attach schedule) | | | | |
| 27  Less cost of treasury stock | | ( 552513.) | | ( 552513.) |
| 28  Total liabilities and shareholders' equity | | 440530. | | 287000. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | |
|---|---|---|---|---|
| 1  Net income (loss) per books | -23570. | 7  Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | | |
| 2  Federal income tax per books | | | | |
| 3  Excess of capital losses over capital gains | | | | |
| 4  Income subject to tax not recorded on books this year (itemize): | | | | |
| 5  Expenses recorded on books this year not deducted on this return (itemize): | | 8  Deductions on this return not charged against book income this year (itemize): | | |
|    a Depreciation $ | | a Depreciation $ | | |
|    b Charitable contributions $ | | b Charitable contributions $ | | |
|    c Travel and entertainment $ 558. | | | | |
| | 558. | 9  Add lines 7 and 8 | | |
| 6  Add lines 1 through 5 | -23012. | 10  Income (page 1, line 28) - line 6 less line 9 | | -23012. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1  Balance at beginning of year | 150284. | 5  Distributions:  a Cash | |
| 2  Net income (loss) per books | -23570. |                   b Stock | |
| 3  Other increases (itemize): | |                   c Property | |
| | | 6  Other decreases (itemize): | |
| | | 7  Add lines 5 and 6 | |
| 4  Add lines 1, 2, and 3 | 126714. | 8  Balance at end of year (line 4 less line 7) | 126714. |

911831 12-17-09  JWA   Case 10-14704-j11   Doc 6   Filed 09/16/10   Entered 09/16/10 12:08:53   Page 10 of 20

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | EQUIPMENT | 07/01/08 | | 15.00 | 14727. | 0. | 14727. | 982. | 982. | 982. |
| 13 | EQUIPMENT | 07/01/08 | | 15.00 | 124265. | 7587. | 124265. | 3368. | 3368. | 3368. |
| | Totals | | | | 138992. | 7587. | 138992. | 4350. | 4350. | 4350. |

5.1

**Form 4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
### (Including Information on Listed Property) OTHER
▶ See separate instructions. ▶ Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment Sequence No. **67**

Name(s) shown on return: **GLENN CUTTER JEWELERS INC**

Business or activity to which this form relates: **Other Depreciation**

Identifying number: [redacted]

## Part I  Election To Expense Certain Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 800000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | 4350. |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 4350. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

916251
11-04-09  LHA  For Paperwork Reduction Act Notice, see separate instructions.
Case 10-14704-jdl  Doc 6  Filed 09/16/10  Entered 09/16/10 12:08:53  Page 12 of 20

6

Form 4562 (2009)

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ................ **25**

26 Property used more than 50% in a qualified business use:

| | : : | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | : : | % | | | | | | |
| | : : | % | | | | | | |

27 Property used 50% or less in a qualified business use:

| | : : | % | | | | S/L - | | |
|---|---|---|---|---|---|---|---|---|
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................ **28**

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................ **29**

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ................ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ................ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ................ | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ................ | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ................ | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ................ | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................ | | |
| 39 Do you treat all use of vehicles by employees as personal use? ................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ................ | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |

43 Amortization of costs that began before your 2009 tax year ................ **43**

44 **Total.** Add amounts in column (f). See the instructions for where to report ................ **44**

**2009 DEPRECIATION AND AMORTIZATION REPORT**
Other Depreciation

## OTHER

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction in Basis* | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | EQUIPMENT | 070108 | SL | 15.00 | 16 | 14727. | | | 14727. | 491. | | 982. |
| 13 | EQUIPMENT | 070108 | SL | 15.00 | 16 | 124265. | | | 124265. | 120897. | | 3368. |
| 19 | LOAN FEES | 010100 | | 60M | 43 | 1800. | | | 1800. | 1800. | | 0. |
| | * Total Other Depreciation & Amor | | | | | 140792. | | | 140792. | 123188. | | 4350. |

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

(D) - Asset disposed

7.1

928102
08-24-09

GLENN CUTTER JEWELERS INC 

|  | Contributions | Statement 1 |
|---|---|---|

Qualified Contributions Subject to 100% Limit

Contribution Subject to Limitation:
  Carryover of Prior Years Unused Contributions
    For Tax Year 2004
    For Tax Year 2005
    For Tax Year 2006
    For Tax Year 2007
    For Tax Year 2008               1617

  Total Carryover                           1617
  Current Year Contributions

  Total Contributions Available         1617
  Taxable Income Limitation as Adjusted     0

  Excess Contributions                    1617

  Allowable Contributions Deduction                        0

Total Contribution Deduction                                 0

GLENN CUTTER JEWELERS INC

| Form 1120 | Other Deductions | Statement 2 |

| Description | Amount |
|---|---|
| ACCOUNTING | 13051. |
| APPRAISALS | 535. |
| BANK AND CREDIT CARD FEES | 7430. |
| CREDIT CARD PROCESSING FEES | 6905. |
| DESIGN FEES | 130. |
| LEGAL FEES | 4086. |
| LIABILITY INSURANCE | 22643. |
| Meals and Entertainment | 558. |
| MILEAGE REIMBURSEMENT | 505. |
| OFFICE SUPPLIES | 7947. |
| OFFICERS HEALTH INSURANCE | 3228. |
| PROMOTIONS | 325. |
| SECURITY | 386. |
| SHIPPING | 7062. |
| TELEPHONE | 5710. |
| UTILITIES | 6928. |
| Total to Form 1120, Line 26 | 87429. |

| Net Operating Loss Deduction | | | | Statement 3 |

| Tax Year | Loss Sustained | Loss Previously Applied | Loss Remaining | Available This Year |
|---|---|---|---|---|
| 06/30/02 | 51309. | 51309. | 0. | 0. |
| 06/30/03 | 31588. | 31588. | 0. | 0. |
| 06/30/07 | 156105. | 55993. | 100112. | 100112. |
| NOL Available This Year | | | 100112. | 100112. |

| Schedule L | Other Current Assets | Statement 4 |

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| INTEREST INCOME RECEIVABLE | 1338. | |
| Total to Schedule L, Line 6 | 1338. | |

GLENN CUTTER JEWELERS INC 

| Schedule L | Other Assets | | Statement 5 |
|---|---|---|---|
| Description | | Beginning of Tax Year | End of Tax Year |
| UTILITY DEPOSIT | | 1110. | 1110. |
| RENT DEPOSIT | | 750. | 750. |
| LEGAL FUND DEPOSIT | | 20855. | |
| Total to Schedule L, Line 14 | | 22715. | 1860. |

| Schedule L | Other Current Liabilities | | Statement 6 |
|---|---|---|---|
| Description | | Beginning of Tax Year | End of Tax Year |
| RETIREMENT PLAN PAYABLE | | 5367. | 5367. |
| PAYROLL LIABILITY | | 5172. | 9856. |
| SALES TAX PAYABLE | | 0. | 5785. |
| OTHER CURRENT LIABILITIES | | 63621. | |
| Total to Schedule L, Line 18 | | 74160. | 21008. |

# 2009 CIT-1
### NEW MEXICO CORPORATE INCOME AND FRANCHISE TAX RETURN


96081019

**GLENN CUTTER JEWELERS INC**
**2001 EAST LOHMAN SUITE 125**
**LAS CRUCES          NM 88001**

[X] Original Return
[ ] Amended - RAR
[ ] Amended - Capital Loss
[ ] Amended - Other

**FOR DEPARTMENT USE ONLY**

1019          19          1
**Federal Employer Identification No. (Required)** — [redacted]
**New Mexico CRS Identification No.** — [redacted]
**New Mexico Public Regulation Commission No.** — 0815431

**Tax Year Beginning:** 07/09
**Tax Year Ending:** 06/10
**Extended Due Date:**
**Taxpayer telephone number:**

**COMPLETE THE FOLLOWING:**

A. State of incorporation: **NEW MEXICO**     Date of incorporation: **09/03/1974**
B. Date business began in New Mexico: **09/03/1974**     State of commercial domicile: **NEW MEXICO**
C. Name and address of registered agent in New Mexico: **STEPHEN BOUDREAU**
   **2001 E LOHMAN STE 125**     **LAS CRUCES**     **NM** **88001**
D. NAICS code (Required): **448310**     Principal business activity in New Mexico: **RETAIL**
E. Method used to determine New Mexico taxable income of the corporation:
   [X] separate corporate entity     [ ] combination of unitary domestic corporations     [ ] federal consolidated group
F. Indicate method of accounting: [ ] cash  [X] accrual  [ ] other (specify) _____
G. If this is the corporation's final return, was the corporation:
   [ ] dissolved  [ ] merged or reorganized  [ ] withdrawn   date _____
H. Has this corporation's federal income tax liability changed for any year due to an IRS audit or the filing of an amended federal return that has not been reported to New Mexico?  [ ] YES  [X] NO   If yes, submit an amended New Mexico Corporate Income and Franchise Tax return and a copy of the amended federal return or the Revenue Agent's Report, if applicable, to the New Mexico Taxation and Revenue Department.
I. If this return is a consolidated or combined return, complete the following information for each corporation in the consolidated or combined group. The total of Column 3 must equal line 19 of CIT-1, page 2, and the total of Column 4 must equal line 15 of CIT-1, page 2. If additional space is required, attach a schedule in the same format.

| (1) Corporate Name | (2) Federal Employer Identification Number | (3) Amount of quarterly, tentative or other payments to be applied to this return | (4) Enter $50 for each corporation paying Franchise Tax |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

J. **FOR COMBINED FILERS ONLY:** Is this combination the same as filed last year? [ ] YES  [ ] NO  If no, please list each corporation added to or eliminated from the combined group. Include each corporation's Federal Employer Identification Number. Attach a schedule if more space is needed.

K. If other than a corporation, enter your legal entity type (for example: LLC or partnership): _____

L. Check this box if federal Form(s) 8886, Reportable Transaction Disclosure Statement, is required to be attached. [ ]

**REFUND EXPRESS!!** HAVE YOUR REFUND DIRECTLY DEPOSITED. SEE INSTRUCTIONS AND FILL IN 1, 2, 3 AND 4.
1. Routing number:
2. Account number:
3. Type: Checking [ ]  Savings [ ]    Enter "X"

4. REQUIRED: WILL THIS REFUND GO TO OR THROUGH AN ACCOUNT LOCATED OUTSIDE THE UNITED STATES? If yes, you may not use this refund delivery option. See instructions.  YES [ ]  NO [ ]

967201 12-15-09

Case 10-14704-j11    Doc 6    Filed 09/16/10    Entered 09/16/10 12:08:53    Page 18 of 20

1

1

Federal Employer Identification Number (FEIN)





96091019

| # | Description | | Amount |
|---|---|---|---|
| 1. | Taxable income before federal NOL & special deductions (From federal Form 1120) | 1 | -23,012 |
| 2. | Interest income from municipal bonds (Exclude New Mexico bonds) | 2 | |
| 3. | Federal special deductions (From federal Form 1120) | 3 | |
| 4. | New Mexico base income (Add lines 1 and 2 and subtract line 3) | 4 | -23,012 |
| 5. | New Mexico NOL carryover (Attach schedule) **SEE STATEMENT 1** | 5 | 100,112 |
| 6. | Interest from U.S. government obligations or federally taxed New Mexico bonds | 6 | |
| 7. | Subtotal (Subtract the sum of lines 5 and 6 from line 4) | 7 | -123,124 |
| 8. | Deduction for foreign dividends (CIT-D, line 5) | 8 | |
| 9. | New Mexico net taxable income (Subtract line 8 from line 7) | 9 | -123,124 |
| 10. | Income tax computation - tax on the amount on line 9 (See tax table on page 4 of instructions) | 10 | 0 |
| 11. | New Mexico percentage (Enter 100% OR percentage from line 5 of CIT-C.) | 11 | 100.0000 % |
| 12. | New Mexico income tax - MULTIPLY line 10 by the percentage on line 11 | 12 | 0 |
| 13. | Total non-refundable credits (CIT-CR, line 16) | 13 | |
| 14. | Net income tax (Subtract line 13 from line 12; if negative, enter zero) | 14 | 0 |
| 15. | Franchise tax ($50 per corporation) | 15 | 50 |
| 16. | Total income and franchise tax (Add lines 14 and 15) | 16 | 50 |
| 17. | **Amended Returns Only:** (Enter amount of all 2009 refunds received or overpayments applied to 2010. See instructions for line 19.) | 17 | |
| 18. | Subtotal (Add lines 16 and 17) | 18 | 50 |
| 19. | Total Payments: ☐ quarterly ☐ extension ☐ applied from prior year. Mark this box if using method 4 to calculate penalty and interest on underpayment of estimated tax; Attach RPD-41287. ☐ | 19 | |
| 20. | New Mexico income tax withheld (Attach all annual statements of withholding) | 20 | |
| 21. | New Mexico income tax withheld from oil and gas proceeds (Attach Forms 1099, RPD-41285 or FID-WT) | 21 | |
| 22. | Approved film production tax credit claimed (Attach RPD-41228) | 22 | |
| 23. | Approved renewable energy production tax credit claimed (Attach RPD-41227) | 23 | |
| 24. | Total payments, tax withheld and credits (Add lines 19 through 23) | 24 | |
| 25. | Overpayment: (If line 24 is greater than line 18, enter the difference. This is your refund) | 25 | |
| 25A. | Amount of overpayment to be applied to 2010 liability (Not more than line 25) | 25A | |
| 25B. | Amount of overpayment to be refunded (Subtract line 25A from line 25) | 25B | |
| 26. | Tax due: (If line 18 is greater than line 24, subtract line 24 from line 18) | 26 | 50 |
| 27. | Penalty (See CIT-1 Instructions) | 27 | |
| 28. | Interest (See CIT-1 Instructions) | 28 | |
| 29. | Total amount due (Add lines 26, 27 and 28) | 29 | 50 |

967202 12-15-09

**Taxpayer's signature**

I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. Declaration of preparer (other than taxpayer or an employee of the taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____

PRESIDENT

Contact phone number _____

**Paid preparer's use only:**
LISA WILLMAN

Signature of preparer if other than employee of the taxpayer _____ Date _____

NM CRS Identification Number _____
FEIN _____
SSN or PTIN _____

Preparer's phone number _____

COPY

GLENN CUTTER JEWELERS INC 

| NM CIT-1 | New Mexico Net Operating Loss Carry Forward | | | Statement 1 |
|---|---|---|---|---|
| Tax Year | Company Number | Loss Sustained | Loss Previously Applied | Loss Remaining |
| 06/30/07 | | 156105. | 55993. | 100112. |
| Total Business Loss Carryover Available This Year | | | | 100112. |